THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES JORDANOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-20-403-R |
| | ) | |
| AMANDA HAEZE TROXEL ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed this action alleging violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) the matter was referred to a United States Magistrate Judge for preliminary review.[1] On January 28, 2021, Judge Green issued a Report and Recommendation wherein she recommended that the case be dismissed without prejudice because Plaintiff failed to timely serve the Defendants. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein nor has he sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED and this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of February 2021.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] Magistrate Suzanne Mitchell was initially assigned the case, which was reassigned to Magistrate Judge Amanda Maxfield Green.